# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>    Brett & Ginieva Provencher    </u>
                    Plaintiffs

           V.

<u>Portfolio Recovery Associates, L.L.C.; and</u>
<u>DOES 1-10, inclusive          </u>
                  Defendants

CIVIL ACTION

NO. <u>11-11882-GAO</u>

## SETTLEMENT ORDER OF DISMISSAL

<u>     O'Toole,          </u>     <u>    D. J.    </u>

The Court having been advised on <u>       December 7th , 2011       </u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                          By the Court,

<u>     12/7/2011     </u>                    <u>    /s/Christopher Danieli         </u>
     Date                                        Deputy Clerk

(Dismissal Settlement.wpd - 12/98)